# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SHARP,<br><br>    Petitioner,<br><br>    v.<br><br>EDWARD BORLA,<br><br>    Respondent. | Case No. 1:24-cv-01408-JLT-EPG-HC<br><br>ORDER DENYING PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 10) |

Petitioner Anthony Sharp is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 5, 2024, the Court received the instant motion to proceed *in forma pauperis*. (ECF No. 10.) However, on November 20, 2024, the Court previously authorized *in forma pauperis* status to Petitioner. (ECF No. 6.) Accordingly, IT IS HEREBY ORDERED that the motion to proceed *in forma pauperis* (ECF No. 10) is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:  **December 6, 2024**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE